**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1060 Fulton Street, Suite 701
Fresno, CA  93721
Phone: (559) 442-1041
Fax: (559) 214-0174
hmdrandell@sbcglobal.net

ATTORNEYS FOR DEEFENDANT, PETER YANG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PETER YANG,<br><br>    Defendant. | Case No.: 1:23-CR-00038 JLT-SKO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |

      IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for July 5, 2023, be continued to December 6, 2023, at 1:00 p.m.

      The reason for continuance is to permit counsel addition time in which to review discovery and to conduct further investigation.  This continuance will conserve time and resources for both parties and the court.

      The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including, but not limited to, the need for the period of time set forth therein for effective defense preparation pursuant to 18 U.S.C. §§3161(h)(7)(A), (B)(ii), and (iv).

1

Dated:  June 27, 2023                    PHILLIP A. TALBERT
                                         United States Attorney


                              By:        /s/ David Gappa
                                         DAVID GAPPA
                                         Assistant United States Attorney,
                                         Attorney for Plaintiff


Dated:  June 27, 2023                    HARRY M. DRANDELL
                                         Law Offices of Harry M. Drandell


                              By:        /s/ Harry M. Drandell
                                         HARRY M. DRANDELL
                                         Attorney for Defendant,
                                         PETER YANG


**O R D E R**

IT IS HEREBY ORDERED that the Status Conference presently set for July 5, 2023, at 1:00 p.m. is continued to December 6, 2023, at 1:00 p.m. to be heard before the Honorable Sheila Oberto, Courtroom 7.


DATED: 6/29/2023

                                         *Sheila K. Oberto*
                                         HONORABLE SHEILA OBERTO
                                         United States Magistrate Judge